# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KENTRELL LANDRY (#578407)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

15-05-SDD-EWD

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated May 17, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the State's contentions relative to untimeliness are rejected and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 7 day of June, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 21.